THE PEOPLE OF THE STATE OF NEW YORK ex rel. TITLE GUARANTEE AND TRUST COMPANY, Respondent, *v.* MAX S. GRIFENHAGEN, as Register of the County of New York, Appellant.

*People ex rel. Title G. & T. Co.* v. *Grifenhagen*, 156 App. Div. 854, affirmed.

(Argued October 20, 1913; decided October 31, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 29, 1913, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel defendant to receive and record a certain mortgage which he had refused to record on the ground that the relator had not complied with the provisions of section 256 of the Tax Law in regard to indeterminate mortgages.

*Thomas Carmody, Attorney-General (Henry Selden Bacon, Joseph A. Kellogg* and *Edward G. Griffin* of counsel), for appellant.

*Harold Swain* and *Hamilton C. Rickaby* for respondent.

Order affirmed, with costs, on opinion of McLAUGHLIN, J., below.

Concur: CULLEN, Ch. J., GRAY, COLLIN, CUDDEBACK, HOGAN and MILLER, JJ. Absent: WERNER, J.